

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00626-CV

Curtis **JOHNSON**,
Appellant

v.

Tiffany **JOHNSON**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-11695
Honorable Nadine Melissa Nieto, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the appellant.

SIGNED November 5, 2025.

H. Todd McCray, Justice